UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISADORE HENRY,<br><br>            Plaintiff,<br><br>     v.<br><br>LINDA MELCHING, et al.,<br><br>            Defendants.<br>_____ | 1: 03 CV F- 5255 AWI DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN UNDERCOVER INVESTIGATION<br>(DOC 83) |

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On January 14, 2005, Plaintiff filed a Motion for an Undercover Investigation of his allegations.

     As plaintiff has been advised, the expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989) (citations omitted). The in forma pauperis statute does not authorize the expenditure of public funds for the appointment of an investigator. 28 U.S.C. § 1915. Further, the in forma pauperis statute does not provide for the payment of fees or expenses for witnesses. Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993).

     Because the Court has no authorization to expend public funds for the appointment of an

1 undercover investigator, plaintiff's motion is DENIED.

3    IT IS SO ORDERED.

4    **Dated:   August 2, 2005**          **/s/ Dennis L. Beck**
3c0hj8                              UNITED STATES MAGISTRATE JUDGE