UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISADORE HENRY,<br><br>        Plaintiff,<br><br>vs.<br><br>LINDA MELCHING, et al.,<br><br>        Defendants.<br>_____/ | 1:03-cv-05255-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 95)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** (Doc. 84)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** (Doc. 74) |

    Plaintiff, Isadore Henry ("Plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On July 27, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On August 22, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

1

1   In accordance with the provisions of 28 U.S.C.

2   § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3   de novo review of this case.  Having carefully reviewed the

4   entire file, the Court finds the Findings and Recommendations to

5   be supported by the record and by proper analysis.  The court

6   finds the arguments made in Plaintiff's objections do not require

7   the court to not adopt the Findings and Recommendations.  While

8   most of Plaintiff's arguments in the objections were addressed by

9   the Magistrate Judge and no further comment is needed, the Court

10  finds it necessary to address two arguments made in the

11  objections.

12  In the objections, Plaintiff adamantly disagrees with

13  Defendant's proposed fact, found undisputed by the Magistrate

14  Judge, that no smoking signs are clearly posted in the areas

15  where smoking is prohibited.  Plaintiff argues that these signs

16  were only posted after he began to complain.  Even assuming

17  Plaintiff is correct, it does not change the Magistrate Judge's

18  conclusions regarding Defendants knowledge that inmates were

19  smoking in violation of prison rules.  The fact signs may not

20  have always been posted does not mean Defendants' knew of and

21  disregarded Plaintiff's rights.

22  In the objections, Plaintiff also offers a new fact

23  regarding Defendant Phair.  Plaintiff now states that Defendant

24  Phair could see inmates smoking and did nothing to stop them.

25  Plaintiff did not make this assertion to the Magistrate Judge.  A

26  new theory cannot properly be raised in objections to Findings

27  and Recommendations.  Greenhow v. Secretary of HHS, 863 F.2d 633,

28  638-39 (9th Cir. 1988), *overruled on other grounds by* United

2

1  States v. Hardesty, 977 F.2d 1347 (9th Cir.1992).  Factual

2  assertions that which could have been but were not presented to

3  the Magistrate Judge ahoudl be given no consideration when the

4  court is deciding whether to adopt Findings and Recommendations

5  Sundaram v. County of Santa Barbara, 2001 WL 540515, *1 (C.D.Cal.

6  2001); Beam System, Inc. v. Checkpoint Systems, Inc., 1997 WL

7  423113, *9 n.9 (C.D.Cal. 1997).  "[A]llowing parties to litigate

8  fully their case before the magistrate and, if unsuccessful, to

9  change their strategy and present a different theory to the

10  district court would frustrate the purpose of the Magistrates

11  Act." Greenhow, 863 F.2d at 638.

12       Accordingly, IT IS HEREBY ORDERED that:

13       1.   The Findings and Recommendations, filed July 27, 2005,

14  are ADOPTED IN FULL;

15       2.   Defendants' motion for summary judgment, filed January

16  28, 2005, is GRANTED as to defendants Alameida, Prunty, Quintero,

17  Witcher, Phair, Hood, Branaman, McKillip, Rafeedie, Calderon,

18  Sullivan, Quinones, Vasquez, and Hurdle;

19       3.   Defendants' motion for summary judgment, filed January

20  28, 2005, is DENIED as to defendants Burgeis and Shelton;

21       4.   Plaintiff's motion for summary judgment, filed November

22  5, 2004, is DENIED;

23       5.   The case proceed on Plaintiff's Eighth Amendment claim

24  against defendants Burgeis and Shelton only; and

25       6.   This action is referred to the Magistrate Judge for

26  further proceedings.

27  IT IS SO ORDERED.

28  Dated:   September 14, 2005           /s/ Anthony W. Ishii

3

0m8i78                                    UNITED STATES DISTRICT JUDGE