UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISADORE HENRY,<br><br>           Plaintiff,<br><br>     v.<br><br>LINDA MELCHING, et al.,<br><br>           Defendants. | CV F- 03-5255 AWI DLB P<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE PRETRIAL STATEMENT |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.

   On February 16, 2006, defendants filed a request for an extension of time to file their pretrial statement. Defendants ask for an extension of time to February 24, 2006 to file their pretrial statement.

   Good cause appearing therefor, defendants' request for an extension of time to file their pretrial statement is GRANTED, such that the pretrial statement shall be due on February 24, 2006.

   IT IS SO ORDERED.

   Dated:   February 21, 2006                          /s/ Dennis L. Beck

1  3c0hj8                                    UNITED STATES MAGISTRATE JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28