# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISADORE HENRY,<br><br>         Plaintiff,<br><br>    v.<br><br>LINDA MELCHING, et al.,<br><br>         Defendants. | CV F- 03-5255 AWI DLB P<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE MOTIONS IN LIMINE |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.

On March 16, 2006, defendants filed a request for an extension of time to file motions in limine which are currently due on March 20, 2006.

Good cause appearing, defendants' request for an extension of time is GRANTED. The parties file their motions in limine on or before March 27, 2006. Oppositions to the motions in limine shall be filed on or before April 12, 2006.

 IT IS SO ORDERED.

   **Dated:   March 17, 2006**                    **/s/ Dennis L. Beck**

1  3c0hj8                              UNITED STATES MAGISTRATE JUDGE