IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISADORE HENRY,** | CV F 03 5255 AWI DLB P |
| Plaintiff, | ORDER SETTING TELEPHONIC CONFERENCE FOR APRIL 5, 2006 AT 9:00 a.m. |
| v. | |
| **BURGEIS, et al.,** | |
| **Defendants** | |

This action proceeds on plaintiff Isadore Henry's first amended complaint, filed June 12, 2003. Plaintiff alleges that he was been subjected to cruel and unusual punishment because of exposure to environmental tobacco smoke at CCI. This case is set for trial on April 18, 2006, concerning plaintiff's Eighth Amendment claims against defendants Burgeis and Shelton.

The court has received a letter from inmate Bobby Lathely, in which Mr. Lathely states that he does not wish to testify in court, but is willing to testify over a video conference. The court has also received several motions from the parties concerning plaintiffs' trial exhibits. The court finds that discussion of these issues prior to trial would expedite the proceedings.

Accordingly, the court sets a telephonic conference for April 5, 2006 at 9:00 a.m. Counsel for defendants is directed to arrange for telephone contact with plaintiff, and shall initiate the call to (559) 499-5669.

IT IS SO ORDERED.

**Dated:** **April 5, 2006**          /s/ Anthony W. Ishii
0m8i78                          UNITED STATES DISTRICT JUDGE