IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISADORE HENRY,** | CV F 03 5255 AWI DLB P |
| Plaintiff, | **ORDER REGARDING INMATE WITNESS** |
| v. | |
| **BURGEIS, et al.,** | (Documents #132 & #133) |
| Defendants | |

In this action, Plaintiff Isadore Henry alleges that he has been subjected to cruel and unusual punishment because of exposure to environmental tobacco smoke at CCI. Trial in this action is set for April 18, 2006. The court has granted Plaintiff's request for the attendance of three incarcerated witnesses at trial, including inmate Bobby Lathely (CDC #P-20145).

On March 27, 2006, the court received a letter from Mr. Lathely and a motion regarding Mr. Lathely's testimony from Plaintiff. In the letter and motion, Plaintiff and Mr. Lathely request that Mr. Lathely be allowed to testify by video conferencing. On April 5, 2006, the court held an informal telephonic conference to discuss Plaintiff's motion and Mr. Lathely's letter.

At this time, the court does not find good cause to allow the testimony of Mr. Lathely by video conferencing. Mr. Lathely's primary concern appears to be some form of unspecified retaliation if he testifies in open court. Video conferencing would not solve Mr. Lathely's

concerns. Defendants will see and hear Mr. Lathely's testimony during trial regardless of whether Mr. Lathely testifies in person or over video conferencing. While Mr. Lathely cites the inconvenience of being brought to trial in his letter, the court does not find Mr. Lathely has provided sufficient evidence of a medical impairment to establish good cause for video conferencing. Thus, the court will not allow Mr. Lathely to testify over video conferencing.

The court again informs the parties and Mr. Lathely that it is not this court's policy to transport an inmate witness unless that inmate witness is willing to come to court to testify. For that reason, the court is serving a courtesy copy of this order on Mr. Lathely. If Mr. Lathely is not willing to come to court to testify in this action, Mr. Lathely should contact the court immediately. Any letter from Mr. Lathely should indicate the case name and case number of this action, state that Mr. Lathely is not willing to testify, and ask that the transportation order be vacated.

Accordingly, the court orders that:

1. Plaintiff's motion regarding the testimony of Mr. Lathely is DENIED without prejudice; and

2. The Clerk of the Court is DIRECTED to send a courtesy copy of this order to:

    Bobby Lathely (CDC #P-20145)
    California Correctional Institute
    PO Box 608
    Tehachapi, CA 93581

IT IS SO ORDERED.

**Dated:   April 5, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE