IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISADORE HENRY,<br><br>        **Plaintiff**,<br><br>  v.<br><br>BURGEIS, et al.,<br><br>        **Defendants** | CV F 03 5255  AWI DLB P<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE THE TRIAL AND SETTING A NEW TRIAL DATE**<br><br>**ORDER VACATING TRANSPORTATION WRITS** |

      Plaintiff, an inmate in the custody of the California Department of Corrections, brings this civil rights action against correctional officials for violations of his civil rights. Plaintiff alleges that he has been subjected to cruel and unusual punishment because of exposure to environmental tobacco smoke at California Correctional Institution, Tehachapi ("CCI"). Trial in this action had been set for April 18, 2006. However, Defendants filed a motion to continue the trial.

      On April 7, 2006, the court held a telephonic conference. During the conference, the court found good cause to grant Defendants' motion to continue the trial, vacated the current trial date, and set trial for May 23, 2006. The court also discussed with the parties Plaintiff's concerns regarding his transportation and the transportation of Plaintiff's witnesses.

//

Based on the motions, documents, and oral arguments presented at the hearing, the court orders that:

1. Defendants' motion to continue the trial is GRANTED.
2. The trial set for April 18, 2006 is VACATED.
3. A telephonic hearing is set for May 8, 2006 at 3:30 p.m. Counsel for Defendants shall arrange for this call to (559) 499-5669.
4. The transportation writs for Plaintiff, Ralph Jennings (CDC #D-75857), Timmy Leighton (CDC # P-63256), and Bobby Lathely (CDC #P-20145) are VACATED.
5. Prison Officials are REQUESTED to take any necessary action so that nether Plaintiff's nor his inmate witnesses' jobs or programs are interfered with as a result of this court's prior orders.
6. The court will re-issue transportation writs for Plaintiff, Ralph Jennings (CDC #D-75857), and Timmy Leighton (CDC # P-63256) closer to the May 23, 2006 trial date. Pursuant to his request, a new transportation writ will not be issued for Bobby Lathely (CDC #P-20145)
7. The Clerk of the Court is DIRECTED to send courtesy copies of this order to:

Ralph Jennings (CDC #D-75857)
California Correctional Institute
PO Box 608
Tehachapi, CA 93581

Timmy Leighton (CDC # P-63256)
California Correctional Institute
PO Box 608
Tehachapi, CA 93581

Bobby Lathely (CDC #P-20145)
California Correctional Institute
PO Box 608
Tehachapi, CA 93581

IT IS SO ORDERED.

**Dated:** **April 7, 2006**        **/s/ Anthony W. Ishii**
0m8i78                    UNITED STATES DISTRICT JUDGE