IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISADORE HENRY,**<br><br>                    Plaintiff,<br><br>           v.<br><br>**LINDA MELCHING, et al.,**<br><br>                    Defendants. | 1:03-cv-5255 AWI DLB P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE PROPOSED JURY INSTRUCTION, VOIR DIRE, AND VERDICT FORM** |

On April 13, 2006, defendants sought an extension of time to file proposed jury instructions, proposed voir dire, and a proposed verdict form. Good cause appearing, defendants' request is granted.

The parties may file proposed jury instructions, proposed voir dire questions, and a proposed verdict forms up until May 15, 2006.

IT IS SO ORDERED.

**Dated:    April 14, 2006**                         /s/ Anthony W. Ishii
0m8i78                                                        UNITED STATES DISTRICT JUDGE

Order Granting Defendants' Request for an Extension of Time to File Proposed Jury Instruction, Voir Dire, and Verdict Form

1