UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISADORE HENRY,<br><br>    Plaintiff,<br><br>v.<br><br>BURGEIS, et al.,<br><br>    Defendants. | 1:03-CV-05255-AWI-DLB-P<br><br>ORDER VACATING THREE (3) ORDERS AND WRITS OF HABEAS CORPUS AD TESTIFICANDUM ISSUED ON APRIL 24, 2006, AS TO ISADORE HENRY, RALPH JENNINGS, AND TIMMY LEIGHTON<br><br>(DOCUMENTS #149, #150, #151)<br><br><u>As to</u>  Isadore Henry (J-60688)<br>         Ralph Jennings (D-75857), and<br>         Timmy Leighton (P-63256) |

        Plaintiff Isadore Henry ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

        On April 24, 2006, the court issued three (3) orders and Writs of Habeas Corpus ad Testificandum to transport Plaintiff and two Witnesses, commanding the Warden of the California Correctional Institution at Tehachapi to produce California prisoners Isadore Henry #J-60688, Ralph Jennings #D-75857, and Timmy Leighton #P-63256 in this court on May 23, 2006, to testify at trial in this action.

        On May 8, 2006, the trial in this action was vacated until further notice. Accordingly, due to vacation of the trial, IT IS ORDERED that the court's orders of April 24, 2006,

1  ordering that three Writs of Habeas Corpus ad Testificandum issue, and the three (3) Writ of Habeas
2  Corpus ad Testificandum issued on April 24, 2006, commanding the production of inmates Isadore
3  Henry, Ralph Jennings, and Timmy Leighton, BE VACATED.

5  IT IS SO ORDERED.

6  **Dated:   May 12, 2006**                    **/s/ Anthony W. Ishii**
   0m8i78                                       UNITED STATES DISTRICT JUDGE