IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISADORE HENRY,  )<br>  )<br>      Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>BURGEIS, et al.,  )<br>  )<br>      Defendants  )<br>_____) | CV F 03 5255  AWI DLB P<br><br>ORDER VACATING OCTOBER 2, 2006 TELEPHONIC STATUS CONFERENCE |

       This action proceeds on Plaintiff Isadore Henry's first amended complaint, filed June 12, 2003.  Plaintiff alleges that he was been subjected to cruel and unusual punishment because of exposure to environmental tobacco smoke at CCI.  Trial in this case has been vacated pending the parties' participation in a settlement conference.  The settlement conference is set for October 24, 2006.  The court finds that it would not be beneficial to have a status conference prior to the settlement conference.  Accordingly, the court orders that the October 2, 2006 status conference is VACATED.

IT IS SO ORDERED.

**Dated:**   **September 25, 2006**           **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE