IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ISADORE HENRY,** | 1:03-cv-5255 AWI DLB P |
| Plaintiff, | **ORDER VACATING TELEPHONIC STATUS CONFERENCE SCHEDULED FOR OCTOBER 2, 2006** |
| v. | |
| **LINDA MELCHING, et al.,** | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby vacates the telephonic status conference scheduled for 3:30 p.m. on October 2, 2006, and will reschedule the status conference in the event the parties do not reach a settlement at the settlement conference scheduled for October 24, 2006.

IT IS SO ORDERED.

**Dated:    September 22, 2006**            /s/ Anthony W. Ishii
0m8i78                                                    UNITED STATES DISTRICT JUDGE