**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **ISADORE HENRY,** | ) | |
| | ) | |
| Plaintiff, | ) | 1:03-cv-5255 AWI DLB P |
| v. | ) | |
| | ) | |
| **LINDA MELCHING, et al.,** | ) | **ORDER DISMISSING ACTION** |
| | ) | **PURSUANT TO STIPULATION** |
| Defendant | ) | |

**Pursuant to the stipulation submitted by the parties, this action is ordered dismissed.**

IT IS SO ORDERED.

**Dated:   February 15, 2007**         /s/ Anthony W. Ishii
0m8i78                                                 UNITED STATES DISTRICT JUDGE

1